IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVILLE H. MARSHALL, JR., | No. CIV S-10-1286-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| HAL MEADOWS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding in propria persona, brings this civil action for employment discrimination. This case was assigned to the undersigned pursuant to Local Rule 120 and Appendix A. However, upon review of this matter, the undersigned has determined he is disqualified from presiding over this matter and, pursuant to 28 U.S.C. § 455(a), hereby recuses himself from this action. Defendant Meadows is the undersigned personal physician.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this case to another magistrate judge for all further proceedings and make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: May 28, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE