IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANVILLE H. MARSHALL, JR.,

    Plaintiff,        No. CIV S-10-1286 JAM DAD PS

    vs.

HAL MEADOWS, et al.,

              ORDER TO SHOW CAUSE

    Defendants.

_____/

  By order filed and served on June 2, 2010, the court re-set the Status (Pretrial Scheduling) Conference in this case and ordered that

> [w]ithin fourteen (14) days after this order is served, plaintiff shall serve a copy of this order upon each defendant, either with service of process, if copies of plaintiff's complaint and summons have not yet been served on the defendants, or by regular mail if service of process has been effected; plaintiff shall promptly file with the court a certificate of service indicating the date and manner of service of this order on each defendant[.]

Order Re-Setting Status (Pretrial Scheduling) Conference (Doc. No. 5), at 2.  More than three weeks have passed, and plaintiff has not filed the required certificate of service.

  IT IS ORDERED that plaintiff shall file, within fourteen days after this order is served, a declaration under penalty of perjury showing good cause for his failure to file a certificate of service indicating the date and manner of service of the court's June 2, 2010 order

1  upon each defendant. Plaintiff's declaration in response to this order to show cause must be
2  accompanied by the certificate of service required by the court's June 2, 2010 order. Failure to
3  respond to this order to show cause in a timely manner may result in a recommendation that this
4  case be dismissed as a sanction for failure to comply with court orders. <u>See</u> Local Rule 110.
5  DATED: June 28, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\marshall1286.osc.pos